UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARLESSA KNOLES,<br><br>    Plaintiff,<br><br>    v.<br><br>TEVA PHARMACEUTICALS USA, INC., et al.,<br><br>    Defendants. | Case No. 17-cv-06580-BLF<br><br>**ORDER TO SHOW CAUSE RE SANCTIONS** |

On January 14, 2019, the Court issued an order requiring the personal appearance of Plaintiff's lead counsel, Gregory Curtis, at the motion hearing scheduled for January 16, 2019 at 9:00 a.m. Mr. Curtis did not appear. His co-counsel, John Cowan, did appear by telephone due to illness. Mr. Cowan informed the Court that he has been unable to get in touch with Mr. Curtis for almost two weeks. The Court docket reflects that Mr. Curtis received notice of the hearing date of January 17, 2019 on August 22, 2018 and notice that the Court reset the hearing date to January 16, 2019 on December 21, 2018. *See* ECF 52, 56.

Mr. Curtis is ORDERED TO SHOW CAUSE, in writing and on or before February 7, 2019, why he should not be sanctioned in the amount of $500 for failure to comply with the Court's express order that he appear on January 16, 2019. The Court SETS a Show Cause Hearing for February 14, 2019 at 9:00 a.m. Mr. Curtis is ORDERED to appear personally at the Show Cause Hearing.

**IT IS SO ORDERED.**

Dated: January 16, 2019

                                                              _____
                                                              BETH LABSON FREEMAN
                                                              United States District Judge