# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| MARLESSA KNOLES,<br><br>    Plaintiff,<br><br>    v.<br><br>TEVA PHARMACEUTICALS USA, INC., et al.,<br><br>    Defendants. | Case No. 17-cv-06580-BLF<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE RE SANCTIONS AND VACATING HEARING**<br><br>[Re: ECF 61] |

On January 16, 2019, the Court issued an Order to Show Cause directing Plaintiff's counsel, Gregory Curtis, to show cause why he should not be sanctioned in the amount of $500 for failure to comply with the Court's express order that he appear at a hearing on January 16, 2019. *See* ECF 61.

On February 7, 2019, Mr. Curtis filed a timely response to the Order to Show Cause. *See* ECF 63. Based on Mr. Curtis's response, the Court hereby DISCHARGES the Order to Show Cause and VACATES the hearing set for February 14, 2019.

Plaintiff's local counsel, John Cowan, SHALL APPEAR PERSONALLY for all hearings unless the Court orders otherwise with respect to a particular hearing.

IT IS SO ORDERED.

Dated: February 8, 2019

_____
BETH LABSON FREEMAN
United States District Judge