**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| MARLESSA KNOLES,<br><br>        Plaintiff,<br><br>    v.<br><br>TEVA PHARMACEUTICALS USA, INC., et al.,<br><br>        Defendants. | Case No. 17-cv-06580-BLF<br><br>**ORDER GRANTING PLAINTIFF'S APPLICATION FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT PENDING DISPOSITION OF PLAINTIFF'S MOTION TO SUBSTITUTE TRUE NAME FOR FICTITIOUSLY NAMED DEFENDANT**<br><br>[Re: ECF 65] |

Plaintiff has filed an Ex Parte Application for Extension to File Amended Complaint (ECF 65), seeking extension of the February 22, 2019 deadline for amendment of her pleading until the Court disposes of her Motion to Substitute True Name for Fictitiously Named Defendant (ECF 66), which is set for hearing on May 23, 2019. Plaintiff asserts that that "Paragard IUD" is a necessary party to the litigation; it would be futile to amend her complaint without adding Paragard IUD as a defendant; and this Court's order dismissing her complaint with leave to amend prohibits her from adding new parties without express leave of the Court.

Plaintiff's application for an extension of time is GRANTED. In granting the extension, the Court has not evaluated the merits of Plaintiff's motion for leave to amend to add Paragard IUD as a party. The Court has determined only that the latter motion should be resolved before any amended pleading is filed.

**IT IS SO ORDERED.**

Dated: March 1, 2019

_____
BETH LABSON FREEMAN
United States District Judge